[No. 3032-42527-1.    Division One.    November 25, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD ESMOND MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 53220, Edward E. Henry, J., entered July 25, 1972. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams and Callow, JJ.